UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED

2024 MAY 20 PM 12:59

CLERK
BY _____
DEPUTY CLERK

**MOUNTAINFUNDS II, LLC,**

        Plaintiff,

v.

**SPRINGFIELD HOSPITAL, INC.,**

        Defendant.

Docket No. 5:18-cv-65

## STIPULATION OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiff MountainFunds II, LLC and Defendant Springfield Hospital, Inc. move to dismiss all claims by and between the parties <u>without prejudice</u>, each party to bear its own attorney's fees and costs, and each party waiving any right of appeal.

Dated: May 17, 2024

| GRAVEL & SHEA PC | PRIMMER PIPER EGGLESTON & CRAMER PC |
|---|---|
| By:   */s/ Matthew B. Byrne*<br>     Matthew B. Byrne, Esq.<br>     mbyrne@gravelshea.com<br>     76 St. Paul Street, 7th Floor<br>     P.O. Box 369<br>     Burlington, VT 05402-0369<br>     (802) 658-0220<br><br>     ***Attorneys for MountainFunds II, LLC.*** | By:   */s/ Gary L. Franklin*<br>     Gary L. Franklin, Esq.<br>     gfranklin@primmer.com<br>     30 Main Street, Suite 500<br>     P.O. Box 1489<br>     Burlington, VT 05402-1489<br>     (802) 864-0880<br><br>     ***Attorneys for Springfield Hospital, Inc.*** |

**SO ORDERED:**

_20 May 2024_
Dated

_____
Chief Judge, U.S. District Court